**Robert D. SMALLWOOD, Respondent,**

v.

**Janice Carlene Smallwood GUNN, Appellant.**

No. WD 62321.

Missouri Court of Appeals,
Western District.

June 29, 2004.

Robert C. Paden, Jr., Independence, MO, for Appellant.

James E. Ewan, Independence, MO, for Respondent.

Before HOWARD, P.J., and LOWENSTEIN and SMART, JJ.

### Order

PER CURIAM.

Janice (Jan) Gunn, formerly Jan Smallwood, appeals the judgment of the Circuit Court of Jackson County dissolving her marriage to Robert (Bob) Smallwood. She brings one point on appeal with five sub-

1. All statutory references are to RSMo. (2000) unless indicated otherwise.

points, each of which challenges the trial court's division of the marital property.

Affirmed. Rule 84.16(b).